# NO. 12-20-00140-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

| | | |
|---|---|---|
| *GERALD K. JOHNSON, APPELLANT* | § | *APPEAL FROM THE 87TH* |
| *V.* | § | *JUDICIAL DISTRICT COURT* |
| *THE COUNTY OF ANDERSON AND SLOCUM ISD, APPELLEES* | § | *ANDERSON COUNTY, TEXAS* |

## *MEMORANDUM OPINION*
### *PER CURIAM*

Appellant, Gerald K. Johnson, filed a motion to dismiss this appeal, in which he states that he will no longer be pursuing the appeal. No decision has been delivered in this appeal. Accordingly, Appellant's motion to dismiss is granted, and the appeal is ***dismissed***. *See* TEX. R. APP. P. 42.1(a)(1).

Opinion delivered September 16, 2020.
*Panel consisted of Worthen, C.J., Hoyle, J., and Neeley, J.*



# COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT OF TEXAS

# JUDGMENT

**SEPTEMBER 16, 2020**

**NO. 12-20-00140-CV**

**GERALD K. JOHNSON,**
Appellant
V.
**THE COUNTY OF ANDERSON AND SLOCUM ISD,**
Appellees

---

Appeal from the 87th District Court

of Anderson County, Texas (Tr.Ct.No. DCCV18-485-349)

---

THIS CAUSE came on to be heard on the motion of the Appellant to dismiss the appeal herein, and the same being considered, it is hereby ORDERED, ADJUDGED and DECREED by this Court that the motion to dismiss be **granted** and the appeal be **dismissed,** and that the decision be certified to the court below for observance.

By *per curiam* opinion.
*Panel consisted of Worthen, C.J., Hoyle, J. and Neeley, J.*